AO 91 (Rev. 11/11) Criminal Complaint (Rev. by USAO on 3/12/20)   ☐ Original   ☐ Duplicate Original

# UNITED STATES DISTRICT COURT

for the

Central District of California

LODGED
CLERK, U.S. DISTRICT COURT
7/24/2023
CENTRAL DISTRICT OF CALIFORNIA
BY: _____TV_____ DEPUTY

FILED
CLERK, U.S. DISTRICT COURT
July 24, 2023
CENTRAL DISTRICT OF CALIFORNIA
BY: _____ch_____ DEPUTY

United States of America

v.

VINCENT GUTIERREZ,

Defendant

Case No.   2:23-mj-03677

## CRIMINAL COMPLAINT BY TELEPHONE OR OTHER RELIABLE ELECTRONIC MEANS

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

Between on or about the date(s) of November 16, 2022, in the county of Los Angeles in the Central District of California, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 21 U.S.C §§ 841(a)(1), (b)(1)(B)(viii) | Distribution of methamphetamine |

This criminal complaint is based on these facts:

*Please see attached affidavit.*

☒ Continued on the attached sheet.

/s/ Minh Tran
Complainant's signature

FBI Special Agent Minh Tran
Printed name and title

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone.

Date: July 24, 2023

Judge's signature

City and state:  Los Angeles, California

Hon. Brianna Mircheff, U.S. Magistrate Judge
Printed name and title

AUSA; Jeremiah Levine

**AFFIDAVIT**

I, Minh D. Tran, being duly sworn, declare and state as follows:

## I. INTRODUCTION

1. I am a Special Agent ("SA") with the Federal Bureau of Investigation ("FBI"), United States Department of Justice, and have been so employed since January 22, 2008. As an FBI SA, I have received training on a multitude of federal offenses at the FBI Academy and other law enforcement training venues. I regularly refer to these laws and regulations during the course of my official duties. I received a Bachelor of Science Degree, in the discipline of chemistry, from the University of La Verne, in La Verne, California. As an FBI SA, my duties include the investigation of federal criminal violations. I am currently assigned to the Los Angeles Division, West Covina Resident Agency, of the FBI. During my employment with the FBI, I have participated in investigations involving individuals illegally possessing narcotics and/or firearms, bank robberies, homicides, kidnappings, violations of immigration law, and racketeering.

2. I am currently assigned to investigate incidents of violent crime and major offenders ("VCMO"). In addition to other duties, I assist the San Gabriel Valley Safe Streets Gang Task Force ("SSTF") with their investigations. The SSTF is

comprised of law enforcement personnel from the FBI, Pomona Police Department ("PPD"), El Monte Police Department ("EMPD"), Drug Enforcement Administration ("DEA"), Los Angeles County Sheriff's Department ("LASD"), California Department of Corrections and Rehabilitation ("CDCR").  Additionally, the SSTF regularly works with the Bureau of Alcohol, Tobacco, Firearms, and Explosives ("ATF").  The primary mission of the SSTF is to investigate violations of federal law by gang members and narcotics dealers.  The SSTF also investigates violent serial offenders, violent fugitives, illegal weapons, and the illegal distribution, manufacturing, trafficking, possession, and sales of controlled substances.  Part of the mission of the SSTF is to assist other federal, state, or local law enforcement agencies within the San Gabriel Valley with investigations of gang members, narcotics trafficking, violent crime, or violations of Federal law.

    3.  I am familiar with the facts and circumstances of this investigation, as set forth in this affidavit, as a result of the following: (1) my training and experience; (2) my personal involvement in this investigation; (3) direct and indirect discussions with other Federal, state, and local law enforcement familiar with this investigation, and their training and experience; (4) my review of reports, audio and video

recordings, and other documents prepared by local law enforcement officers.

## II.   PURPOSE OF AFFIDAVIT

4.   This affidavit is made in support of a criminal complaint and arrest warrant for VINCENT GUTIERREZ, for a violation of 21 U.S.C §§ 841(a)(1), (b)(1)(B)(viii) (distribution of at least five grams of methamphetamine).

5.   This affidavit is intended to show merely that there is sufficient probable cause for the requested criminal complaint and arrest warrant and does not purport to set forth all of my knowledge of the investigation into this matter. Unless specifically indicated otherwise, all conversations and statements described in this affidavit are related in substance and in part only.

## III.   SUMMARY OF PROBABLE CAUSE

6.   Beginning in June 2022, the FBI San Gabriel Valley Safe Streets Task Force ("SSTF") and the ATF began investigating illegal activity being conducted by a Hispanic street gang named Quiet Village.  The Quiet Village gang is based in Whittier, California.

7.   On or about July 8, 2022, the ATF began utilizing a Confidential Informant ("CI") to purchase drugs, specifically methamphetamine, from an illegal casino operating in a business

in Whittier, California, named the "Smoke Break Shop."  This illegal casino was in area claimed by the Quiet Village gang. In total, the ATF conducted seven purchases of methamphetamine from the Smoke Break Shop from July 8, 2022, through November 16, 2022, resulting in the recovery of approximately 212.59 grams of methamphetamine.

8.    One of the individuals that the CI purchased methamphetamine from was identified as VINCENT GUTIERREZ. Specifically, on November 16, 2022, GUTIERREZ sold the CI 8.74 grams of methamphetamine at the Smoke Break Shop.

## IV. **STATEMENT OF PROBABLE CAUSE**

A.    BACKGROUND OF THE INVESTIGATION

9.    Beginning in June 2022, the SSTF began investigating the criminal activity of the Quiet Village ("QV") gang, which is primarily located in unincorporated Whittier, California.  The QV gang is a Hispanic gang that originated in the 1940's on the westside of Whittier.  QV was formed, in part, so that its members could protect themselves from local rival gangs.  The founding members of the QV gang were originally from the Jim Town gang that branched out due to an apparent disagreement.

10.   The QV gang falls under the Sureño umbrella and is loyal to the Mexican Mafia.  The QV gang claims territory on the westside of Whittier with their borders commonly understood as Whittier Boulevard to the north, Mines Boulevard to the south,

the San Gabriel River to the west, and Broadway Avenue to the east.

> B. AN ILLEGAL CASINO IS DISCOVERED IN QUIET VILLAGE CONTROLLED TERRITORY

11. The ATF joined the SSTF's investigation into QV and has participated since the inception of the investigation. As part of the investigation into QV, the ATF utilized a Confidential Informant ("CI"[1]) to identify locations within Whitter that were associated to the QV gang members and associates. One of these locations was the "Smoke Break Shop" located at 6014 Norwalk Boulevard, Whittier, California. I have been to this location and know that it is located within QV controlled territory and the outside of the building is covered in QV gang graffiti.

12. The CI was able to enter the business and meet individuals who were selling methamphetamine. Specifically, between July 8, 2022, and November 16, 2022, the ATF utilized the CI to conduct seven controlled purchases of methamphetamine, from three different individuals, including GUTIERREZ, resulting in the seizure of approximately 212.59 grams of methamphetamine.

---

[1] The CI has worked for ATF since 2011. He/she has felony convictions for RICO in 2010 and possession of a controlled substance in 1996 and 1997. ATF agents met the CI when he/she sustained the RICO conviction for which he/she received a sentence of 23 months of imprisonment. He/she works as a CI for compensation, and ATF has paid him/her approximately $251,950 over 11 years.

    C.    <u>A CONFIDENTIAL INFORMANT PURCHASES 8.74 GRAMS OF METHAMPHETAMINE FROM VINCENT GUTIERREZ</u>

13. On November 16, 2022, the ATF utilized the CI to conduct a controlled purchase of methamphetamine at the Smoke Break Shop. This controlled purchase was audio/video recorded by the CI. Law enforcement also conducted surveillance of the operation. This operation resulted in the CI purchasing 8.74 grams of methamphetamine from an individual who has been identified as VINCENT GUTIERREZ.

14. The SSTF assisted in the operation, and I was a participant. Additionally, I have reviewed surveillance reports and audio recordings capturing the CI's interactions and activity observed at the Smoke Break Shop on November 16, 2022. I learned that during the controlled purchase of methamphetamine, the CI spoke to an individual who has been identified as J.R. The CI asked J.R. for two ounces of methamphetamine. J.R. advised the CI that he only had one-half ounce of methamphetamine, but that he could go get more methamphetamine from next door. J.R. then brought GUTIERREZ to meet the CI.

15. The CI asked GUTIERREZ if he/she could purchase whatever amount of methamphetamine GUTIERREZ had available. GUTIERREZ replied that he had approximately 10 or 10.5 grams,

however he did not have a scale.  The CI requested to buy whatever methamphetamine GUTIERREZ had.  GUTIERREZ stated that he needed to check to see if someone else wanted the methamphetamine before selling it to the CI (indicating that GUTIERREZ had established customers that he sold methamphetamine).

16.  GUTIERREZ and the CI exchanged phone numbers, with GUTIERREZ advising that his phone number was (714) 472-3025.  GUTIERREZ then sold the CI 8.74 grams of methamphetamine in exchange for $100.  The CI provided an additional $200 dollars to J.R. to get more methamphetamine.

17.  While waiting for J.R. to return with the methamphetamine, surveillance units were compromised by a different male who was later identified as A.C.  A.C. approached a law enforcement surveillance vehicle and began to strike the driver's side window with a flashlight.  This caused other surveillance units to respond to render aid to the compromised officer.  As surveillance units arrived, A.C. and other individuals who had come out of the Smoke Break Shop fled to neighboring businesses.  Some of the individuals went back to the Smoke Break Shop, creating a barricaded location when the metal security screens were rolled down over the windows and the door was locked.  The Smoke Break Shop was frozen while a search warrant was obtained.  Individuals associated with the Smoke

Break Shop were detained pending identification. One of the individuals detained and identified at this time was GUTIERREZ.

18. After the search warrant was obtained, law enforcement searched the Smoke Break Shop. I participated in the search warrant. I walked through the location and observed two large illegal gambling machines in the rear of the space. The front of the location had items consistent with being a smoke shop, however based on my observations, I believe the purpose of business was as an illegal casino. In addition, there was a wall that contained fresh wet paint. This wall would later be penetrated and searched. A search behind the wall led to the recovery of a shotgun.

19. I have reviewed the video footage taken by the CI during the controlled purchase of methamphetamine. Prior to, and after, reviewing the video footage I had reviewed a booking photograph from previous arrests of GUTIERREZ. From my review of the video footage, I was able to see an individual I believe to be GUTIERREZ interacting with the CI.

D. <u>THE SUSPECTED METHAMPHETAMINE SOLD TO THE CONFIDENTIAL INFORMANT WAS SENT TO THE DEA LABORATORY</u>

20. The suspected methamphetamine sold to the CI for $100 on November 16, 2022, was sent to the DEA's Southwest Laboratory for testing. I have reviewed a DEA Laboratory report dated June

22, 2023, that detailed the results of that testing. From reviewing the report, I learned that the substance sold to the CI by GUTIERREZ was methamphetamine with a net wight of 8.83 grams with a purity level of 99% resulting in 8.74 grams of pure methamphetamine.

    E.    <u>VINCENT GUTIERREZ IS INTERVIEWED AT THE LOS ANGELES COUNTY JAIL BY AN SSTF TASK FORCE OFFICER</u>

21. On June 30, 2023, SSTF Task Force Officer ("TFO") Devon Self interviewed GUTIERREZ, who was an inmate[2] incarcerated in the Los Angeles County Jail ("LACJ"). This interview was audio recorded. I have reviewed a transcript of this interview. During the interview, TFO Self admonished GUTIERREZ of his Miranda rights. GUTIERREZ acknowledged that he understood. GUTIERREZ admitted that he sold methamphetamine out of the Smoke Break Shop and further advised that he typically would call for the drugs to be delivered after being approached by a customer. GUTIERREZ further acknowledged that he assisted in painting a wall in which a shotgun had been hidden during a search warrant being served by law enforcement (referencing the November 16, 2022, search warrant served by ATF and the SSTF) in an attempt to prevent law enforcement from finding the shotgun.

---

[2] The law enforcement contact and arrest that led to GUTIERREZ being held at the LACJ was not associated to the SSTF or the SSTF's investigation into GUTIERREZ.

F.   <u>A GRAND JURY SUBPOENA WAS ISSUED REQUESTING SUBSCRIBER INFORMATION FOR PHONE NUMBER (714) 472-3025.</u>

22.   A Grand Jury Subpoena was issued to T-Mobile asking for subscriber information related to phone number (714) 472-3025.  On July 6, 2023, T-Mobile provided me with information identifying the subscriber of phone number (714) 472-3025 as "VINCENT GUTIERREZ" at address "11616 PRATHER AVE WHITTIER CA 90606-1997".

## V. CONCLUSION

23. For the reasons described above, there is probable cause to believe that VINCENT GUTIERREZ committed a violation of 21 U.S.C §§ 841(a)(1), (b)(1)(B)(viii) (distribution of at least five grams of methamphetamine).

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone on this  24th  day of   July   , 2023.

_____
HON. BRIANNA MIRCHEFF
UNITED STATES MAGISTRATE JUDGE